[No. 11400–3–II.   Division Two.   January 23, 1989.]

THE CITY OF VANCOUVER, ET AL, *Appellants,* v. THE CITY OF VANCOUVER CIVIL SERVICE COMMISSION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 87–2–01041–8, James D. Ladley, J., entered September 11, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Reed, J.

[No. 9462–2–II.   Division Two.   January 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. BOBBY DEAN PERKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85–1–00225–6, John W. Schumacher, J., entered December 30, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed and Worswick, JJ.

[No. 11378–3–II.   Division Two.   January 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY A. BOGGS, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 87–1–00015–8, Herbert E. Wieland, J., entered September 11, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Reed, J.